OTIS F. WOOD, Appellant, *v.* LUCY, LADY DUFF-GORDON, Respondent.

(Submitted January 7, 1918; decided January 15, 1918.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 222 N. Y. 88.)

PETER FURLONG, Respondent, *v.* WINNE & MCKAIN COMPANY, Appellant.

*Furlong* v. *Winne & McKain Co.,* 166 App. Div. 882, appeal dismissed.

(Submitted January 7, 1918; decided January 15, 1918.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 25, 1915, reversing a judgment in favor of defendant entered upon a verdict directed by the court and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant.

The motion was made upon the ground that appellant had failed to file the required stipulation for judgment absolute in the event of affirmance.

*Eugene D. Flanigan* for motion.

*John Alexander* opposed.

Motion granted, with costs and ten dollars costs of motion, unless appellant within five days files stipulation for judgment absolute in accordance with the provisions of the Code of Civil Procedure, in which case motion is denied.

ARTHUR SCARLETT, Appellant, *v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Respondent.

(Submitted January 7, 1918; decided January 15, 1918.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 222 N. Y. 155.)